**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:09CR382** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **FELIX ALARCON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Kristina A. Murphree to withdraw as counsel for the defendant, Felix Alarcon. (Alarcon) (Filing No. 81). Ms. Murphree represents she has a conflict of interest in this matter. Ms. Murphree's motion to withdraw (Filing No. 81) is granted. Jessica L. Milburn, P.O. Box 6668, Lincoln, Nebraska 68506, (402) 488-7894, is appointed to represent Alarcon for the balance of these proceedings pursuant to the Criminal Justice Act. Ms. Milburn shall enter her appearance forthwith. Ms. Murphree shall forthwith provide Ms. Milburn with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Murphree which are material to Alarcon's defense.

The clerk shall provide a copy of this order to Ms. Milburn and the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 4th day of January, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge